UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

OCT 0 6 1998

Michael N. Milby
Clerk of Court

SAN JUANITA BENAVIDEZ                                B-97-166

VS

TLC ADULT DAY CARE CENTER, INC.,
and FRANK PAITNER AS OWNER OF
TLC ADULT DAY CARE CENTER, INC.


TAKE NOTCE that proceeding in this case has been set for the place date, and time set forth below:

TYPE OF PROCEEDING:

SHOW CAUSE HEARING BEFORE:

THE HONORABLE FILEMON B. VELA


PLACE:

UNITED STATES FEDERAL COURTHOUSE
500 E. 10th Street
Brownsville, TX 78520

ROOM NO.:

SECOND FLOOR
COURTROOM #1

DATE AND TIME:

OCTOBER 16, 1998 AT 1:30 P.M.


MICHAEL N. MILBLY, U. S. District Clerk


by: *Mercedes P. Leuma*
    Deputy Clerk