11

United States District Court
Southern District of Texas
ENTERED

APR 16 1999

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SAN JUANITA Y. BENAVIDEZ, § | |
| Plaintiff § | |
| § | |
| vs. § | Civil Action No. B-97-166 |
| § | |
| TLC ADULT DAY CARE CENTER, INC. § | |
| and FRANK PAINTER AS OWNER OF § | |
| TLC ADULT DAY CARE CENTER, INC., § | |
| Defendant § | |

ORDER

Before the Court is Magistrate Judge's Report and Recommendation on the above-referenced cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation of November 23, 1998 should be **ADOPTED**.

It is **ORDERED** that Plaintiff's Motion for Extension of Time for Service Pursuant to Fed. R. Civ. P. 4(m) be **DENIED** and Defendants' Motion to Dismiss should be and is hereby **GRANTED** pursuant to Rule 4(m).

DONE in Brownsville, Texas, on this 16th day of April, 1999.

Filemon B. Vela
United States District Judge